```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10746
   TONEY LEORA
   SHERICE K LEORA                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6948    SSN XXX-XX-5929

----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/30/08 .

   2.  The case was dismissed without confirmation, 09/26/2008.

   3.  The Debtor paid a total of $   5940.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 2429.64 |
| ERYN MCCORMACK | CHILD SUPPORT | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUR ORLANDO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HARLEY DAVIDSON | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

```
HSBC                         UNSECURED        NOT FILED              .00         .00
IC SYSTEM                    UNSECURED        NOT FILED              .00         .00
ROUNDUP FUNDING LLC          SECURED                .00              .00       87.74
KCA FINANCIAL SERVICE        UNSECURED        NOT FILED              .00         .00
MAGE & PRICE                 UNSECURED        NOT FILED              .00         .00
EDWARD HOSPITAL              UNSECURED        NOT FILED              .00         .00
MERCHANTS CREDIT GUIDE       UNSECURED        NOT FILED              .00         .00
MERRICK BANK                 UNSECURED        NOT FILED              .00         .00
MIDLAND CREDIT MGMT          UNSECURED        NOT FILED              .00         .00
MERCHANTS CREDIT GUIDE       UNSECURED        NOT FILED              .00         .00
NCO FINANCIAL SYSTEMS        UNSECURED        NOT FILED              .00         .00
PROGRESSIVE INSURANCE CO     UNSECURED        NOT FILED              .00         .00
NICOR GAS                    UNSECURED        NOT FILED              .00         .00
IC SYSTEM                    UNSECURED        NOT FILED              .00         .00
SILVER CROSS HOSPITAL        UNSECURED        NOT FILED              .00         .00
T MOBILE USA                 UNSECURED        NOT FILED              .00         .00
INTERNAL REVENUE SERVICE     PRIORITY         NOT FILED              .00         .00
```

Summary of disbursements:

```
                         SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
TOTAL CLMS ALLOWED           .00          .00          .00        .00          .00
PRINCIPAL PAID           2517.38          .00          .00        .00      2517.38
INTEREST PAID                .00          .00          .00        .00          .00
TOTAL PAID               2517.38          .00          .00        .00      2517.38
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3000.00
and was paid $    2911.00   direct and $      89.00  through the plan.

The Trustee received $     156.15 .

Refunds to the Debtor totaled $    3177.47 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/12/09                 /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                          PAGE  3
     CASE NO. 08 B 10746 TONEY LEORA & SHERICE K LEORA
```